UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUVENAL GUEVARA, JR., <br> (TDCJ No. 1907012), <br><br> Plaintiff, <br><br> VS. <br><br> DONULD TRUMP, ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 3:19-CV-1635-G (BN) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 9, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**